### TALLMADGE *vs.* TALLMADGE and CUSHMAN.

Where a defendant is examined by the complainant as a party only, he is merely to be examined as against himself, and is not to be cross-examined by his own counsel. But if the complainant examines him as a witness against his co-defendant also, such co-defendant is entitled to cross-examine him, as a matter of course, without any order to that effect.

PETITION by defendant Cushman, for leave to examine his co-defendant Tallmadge as a witness for the petitioner, before the master, upon a reference. The petition stated that on the reference the counsel for the complainant examined the defendant Tallmadge as a witness; and that he was a material witness for the petitioner, and was not interested in the matter to which he was sought to be examined.

*J. P. Cushman,* the petitioner, in person.

*J. Blunt,* for the complainant.

THE CHANCELLOR. The complainant having examined Mr. Tallmadge as a witness, the defendant Cushman had a right to cross-examine him, as a matter of course, and without an order to that effect. If he was examined as a party merely, he could only be examined as against himself, and could not be cross-examined by his own counsel. But if his testimony can, by any possibility, affect the rights of Cushman, he is made a witness in the cause, and consequently Cushman has a right to cross-examine him.

Order according to prayer of petition.